IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA LEE LELAND,

      Petitioner,               No. CIV S-07-0881 WBS KJM P

  vs.

TINA HORNBECK, Warden,

      Respondent.         ORDER

                             /

Petitioner has requested an extension of time to file and serve objections to the May 20, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's requests for an extension of time (docket nos. 19 & 20) are granted; and

2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the May 20, 2008 findings and recommendations.

DATED: July 8, 2008.

U.S. MAGISTRATE JUDGE

1/mp
lela0881.111(2)