IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA LEE LELAND,

    Petitioner,               No. CIV S-07-0881 WBS KJM P

    vs.

TINA HORNBECK, Warden,

    Respondents.           ORDER

                                /

        Petitioner is a California prisoner pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed a motion in which she seeks permission to seek certain items through discovery.

        The court has authority to allow discovery in a habeas proceeding if the party requesting discovery shows good cause. Rules Governing Section 2254 Cases, Rule 6(a). The court has already recommended that this action be dismissed as time-barred and petitioner fails to show anything suggesting that further discovery would result in a different recommendation.

/////

/////

/////

1

Therefore, petitioner has not shown good cause for discovery[1] and her motion for discovery will be denied.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for leave to conduct discovery (#19) is denied.

DATED: August 25, 2008.

_____
U.S. MAGISTRATE JUDGE

1
lela0881.dis

---

[1] Courts should not allow prisoners to use federal discovery for fishing expeditions to investigate mere speculation. <u>Calderon v. U.S. Dist. Ct.</u>, 98 F.3d 1102, 1106 (9th Cir. 1996).