IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA LEE LELAND,

      Petitioner,                     No. CIV S-07-0881 WBS KJM P

    vs.

TINA HORNBECK, Warden,

      Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 20, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On July 9, 2008, petitioner was granted a thirty day extension of time to filed objections to the Finding and Recommendation. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 20, 2008, are adopted in full;

2. Respondent's motion to dismiss is granted; and

3. This action is dismissed as time-barred.

DATED:  August 28, 2008

*William B. Shubb signature*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/lela0881.801