IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA LEE LELAND,

    Petitioner,                    No. CIV S-07-0881 WBS KJM P

    vs.

TINA HORNBECK, Warden,

    Respondent.                ORDER DENYING CERTIFICATE OF

                                         APPEALABILITY

_____/

          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 2, 2008 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it

1 debatable whether the district court was correct in its procedural ruling.  Slack v. McDaniel, 529
2 U.S. 473, 484-85 (2000).  The certificate of appealability must "indicate which specific issue or
3 issues satisfy" the above requirements.  28 U.S.C. § 2253(c)(3).
4     For the reasons set forth in the magistrate judge's May 20, 2008 findings and
5 recommendations, and this court's September 2, 2008 order, this court does not believe that
6 jurists of reason would find it debatable whether petitioner's application was properly dismissed.
7 Accordingly, a certificate of appealability should not issue in this action.
8     IT IS SO ORDERED.
9 DATED:  October 14, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

lela0881.830