IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA LEE LELAND,

         Petitioner,        No. CIV-S-07-0881 WBS KJM P

   vs.

TINA HORNBECK, Warden,

         Respondent.     <u>ORDER</u>

_____/

      This petition for writ of habeas corpus was dismissed on September 2, 2008. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED:   January 19, 2011

                                _____
                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE

hm
lela0881.158